USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JULES NGAMBO,

                Plaintiff,

  -against-

CHASE,

                Defendant.

---

7:20-CV-2224 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge

On July 23, 2021, the Court issued an Order directing service on Defendant Chase. (ECF No. 6.) However, the Clerk of the Court is unable to complete the required forms without the address for Defendant Chase. Plaintiff is directed to inform the Court in writing of Defendant Chase's address on or before August 11, 2021, so that the Clerk may complete the USM-285 forms. The Clerk of the Court is kindly directed to mail a copy of this Order to *pro se* Plaintiff and show service on the docket.

Dated:   July 27, 2021                    SO ORDERED:

       White Plains, New York

                                                     _____

                                                        NELSON S. ROMÁN

                                                      United States District Judge