UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X
JULES NGAMBO,

                    Plaintiff,

   -against-                                             20 **CIVIL** 2224 (NSR)

                                                            **JUDGMENT**

CHASE,

                    Defendant.
-----------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 28, 2023, Defendant's Motion to Dismiss is GRANTED in its entirety, and Counts I, II, and III in the Second Amended Complaint are dismissed with prejudice.

**Dated:**  New York, New York

        December 29, 2023

                                                                   **RUBY J. KRAJICK**

                                                                     **Clerk of Court**

                                     **BY:**
                                                                        **Deputy Clerk**